JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYLL ROBERTSON,** | Case No. 2:14-cv-09425-RGK-AJW |
| Plaintiff, | **ORDER** |
| vs. | |
| **MIDLAND FUNDING LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 23rd day of September, 2015.

*/s/ Gary Klausner*
_____
The Honorable R. Gary Klausner